UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENITA ROBINSON,

    Plaintiff,

v.                                            CASE NO.: 8:13-cv-2073-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

An October 9, 2014 report (Doc. 19) by Magistrate Judge Thomas G. Wilson recommends a reversal of the Commissioner's decision and a remand of this action for further proceedings. No party objects.

The report and recommendation (Doc. 19) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The clerk is directed (1) to enter judgment in favor of the plaintiff and against the defendant, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on October 29, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE