UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENITA ROBINSON,

    Plaintiff,

v.                                            CASE NO. 8:13-cv-2073-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

The plaintiff moves (Doc. 22) for an attorney's fee. A November 13, 2014 order (Doc. 23) refers the motion for a report and recommendation. The magistrate judge recommends (Doc. 24) granting the motion in part and awarding $6,014.50 in fees to the plaintiff's counsel if the plaintiff is not indebted to the Department of the Treasury. The plaintiff objects (Doc. 25) to the report and recommendation. A *de novo* review of the portions of the report and recommendation to which the plaintiff objects reveal that the plaintiff's objections are unfounded or unpersuasive. Accordingly, the plaintiff's objections (Doc. 25) are **OVERRULED**. The report and recommendation (Doc. 24) is **ADOPTED**. The plaintiff's motion for an attorney's fee (Doc. 22) is **GRANTED IN PART**. The clerk is directed to enter judgment awarding the plaintiff $6,014.50 in fees. The defendant must accept the plaintiff's

assignment of these fees and pay them directly to the plaintiff's counsel if the Department of Treasury determines that the plaintiff does not owe a federal debt.

ORDERED in Tampa, Florida, on January 13, 2015.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE